CHARLES F. PLAGE, as Administrator of the Estate of MARTHA M. PLAGE, Deceased, Respondent, v. ANNIE P. BUCHANAN et al., Appellants.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

FRANK POGGIOLI, Appellant, v. ALICE BRUGGEMAN et al., Respondents.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GRAD, Appellant.—

No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSE HURKIN, Appellant.—

No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS SKOLNICK, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.